District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

FILED 28 SEP '21 09:14USDC-ORP

Page 2 of 10

# UNITED STATES DISTRICT COURT
## District of Oregon

William R. Cloninger
*Petitioner*

v.

DeWayne Hendrix, Warden FCI
Sheridan

*Respondent*
*(name of warden or authorized person having custody of petitioner)*

3:21-cv-01431-SB

Case No.  3:21-cv-1341-SB
*(to be assigned by the Clerk of Court)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: William Ray Cloninger JR.
   (b) Other names you have used:

2. Place of confinement:
   (a) Name of institution: Sheridan
   (b) Address: P.O. Box 5000
      Sheridan OR. 97378
   (c) Your identification ("SID") number: 20109085

3. Are you currently being held on orders by:
   ☑Federal authorities    ˀ State authorities    ˀ Other - explain:

4. Indicate that you are currently:
   ☐A pretrial detainee (waiting for trial on criminal charges)
   ☑Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of the court that sentenced you: United States district
      court Spokane WA. Eastern district
   (b) Docket number of criminal case: 2:19-CR-0216. WFN
   (c) Date    of    sentencing: 7-15-20
   ' Being held on an immigration charge
   ' Other *(explain)*:

District of Oregon
Corresponds to AOC Case 3:21-cv-01431-SB     Document 1     Filed 09/27/21     Page 2 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 3 of 10

## Decision or Action You Are Challenging

5.   Indicate what you are challenging in this petition:

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

☐ Pretrial detention '

Immigration detention '

Detainer

☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

☐ Disciplinary proceedings

☑ Other *(explain):*   I am challenging the fact of my confinement under the circumstances of the COVID pandemic and in particular the extended lockdown and the life-threatening conditions.
I incorporate by reference and adopt the pleadings in Stirling v. Salazar, 3:20-cv-00712-SI

6.   Provide more information about the decision or action you are challenging:

(a)  Name and location of the agency or court:   The Warden at Sheridan is holding me in conditions that violate the Constitution under the Fifth and Eighth Amendment

(b)  Docket number, case number, or opinion number:

(c)  Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

(d)  Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7.   **First appeal**

Did you appeal the decision, file a grievance, or seek an administrative remedy?

☐ Yes           ☑ No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                   Page 4 of 10

_____

(b) If you answered "No," explain why you did not appeal:    I have asked for help as explained below but the

Warden has not ended the lockdown or ended the unsafe conditions at Sheridan.

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes                        ' No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

(b)  If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes                        ' No

(a)  If "Yes," provide:

(1)  Name of the authority, agency, or court:

(2)  Date of filing:

(3)  Docket number, case number, or opinion number:

(4)  Result:

(5)  Date of result:

(6)  Issues raised:

District of Oregon
Corresponds to AO 242 Case 3:21-cv-01431-SB    Document 1    Filed 09/27/21    Page 4 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                    Page 5 of 10

_____

_____

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

_____

**10.**  **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

❑ Yes          ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ❑ Yes          ❑ No

   If "Yes," provide:

   (1)  Name of court: _____

   (2)  Case number: _____

   (3)  Date of filing: _____

   (4)  Result: _____

   (5)  Date of result: _____

   (6)  Issues raised: _____

   _____

   _____

   _____

   _____

   _____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ❑ Yes          ⬭ No

   If "Yes," provide:

   (1)  Name of court: _____

   (2)  Case number: _____

   (3)  Date of filing: _____

   (4)  Result: _____

   (5)  Date of result: _____

   (6)  Issues raised: _____

   _____

   _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                               Page 6 of 10

_____

(c)   Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
      conviction or sentence: _____

_____

11.   **Appeals of immigration proceedings**

      Does this case concern immigration proceedings?

      ❑ Yes              ✔ No

             If "Yes," provide:

      (a)   Date you were taken into immigration custody: _____

      (b)   Date of the removal or reinstatement order: _____

      (c)   Did you file an appeal with the Board of Immigration Appeals?

             ❑ Yes                    ' No

             If "Yes," provide:

             (1)  Date of filing: _____

             (2)  Case number: _____

             (3)  Result: _____

             (4)  Date of result: _____

             (5)  Issues raised: _____

_____

      (d)   Did you appeal the decision to the United States Court of Appeals?

             ❑ Yes                    ' No

             If "Yes," provide:

             (1)  Name of court: _____

             (2)  Date of filing: _____

             (3)  Case number: _____

District of Oregon
Corresponds to AO Case 3:21-cv-01431-SB    Document 1    Filed 09/27/21    Page 6 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                Page 7 of 10

    (4) Result: _____

    (5) Date of result: _____

    (6) Issues raised: _____

_____

_____

_____

_____

_____

**12.**   **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes      ' No

If "Yes," provide:

(a) Kind of petition, motion, or application:   If I filed a compassionate release petition or a motion for pretrial

(b) Name of the authority, agency, or court:   release it is described below.

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

### Grounds for Your Challenge in This Petition

13.   State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE**: In Light Of The Warden's Decision To Use Severe Lockdown As The Alternative

To De-Densifying Sheridan, No Conditions Of Confinement At FCI Sheridan Would Meet Eighth Amendment

And Due Process Requirements And This Writ of Habeas Corpus Should Be Granted.

_____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                      Page 8 of 10

---

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

I incorporate by reference all pleadings and the Petition and Attachments in Stirling v. Salazar, 3:20-cv-00712-SI.

See also the facts below about my medical issues and what the lockdown has been like for me.

(b)  Did you present Ground One in all appeals that were available to you?

✔Yes                        ' No

**GROUND TWO**:

1. The Warden's Failure to Take Needed Steps to De-Densify The Prison and To Mitigate

Transmission of COVID-19 Constitutes Deliberate Indifference to My Health In Violation

Of Due Process And The Eighth Amendment

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

I incorporate by reference all pleadings and the Petition and Attachments in Stirling v. Salazar, 3:20-cv-00712-SI.

See also my attachment

(b)  Did you present Ground Two in all appeals that were available to you?

✔Yes                        ' No

**GROUND THREE**:

2. The Warden's Continuing Extension Of The 14-Day Lockdown To Now Over 80 Days

Violates Due Process And The Eighth Amendment.

(a)  Supporting facts *(Be brief. Do not cite cases or law.)*:

I incorporate by reference all pleadings and the Petition and Attachments in Stirling v. Salazar, 3:20-cv-00712-SI.

See also my attachment.

(b)  Did you present Ground Three in all appeals that were available to you?

✔Yes                        ' No

District of Oregon
Corresponds to AO Case 3:21-cv-01431-SB    Document 1    Filed 09/27/21    Page 8 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                      Page 9 of 10

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes                    ☐ No

14.   If there are any grounds that you did not present in all appeals that were available to you, explain why you did
      not:    No appeals were available to me because we are locked down and the staff does not listen
      to my concerns or says they can't help me.

## Request for Relief

15.   State what you want the Court to do:

Request For Injunctive Relief : 1) Prohibit the Warden from moving me from here until it is safe, and 2)

prohibit the Warden from bringing more people in here unless it is safe; and 3) release me because there are too

many people here for it to be safe, or enlarge the area for service of my sentence to include community custody and

order the warden to transfer me to that custody.

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                                    Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

_____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct.  I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    _____            _____
                                                                    *Signature of Petitioner*


                                                                    _____
                                                                    *Signature of Attorney or other authorized person, if any*


* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI).  Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service.  Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.

ATTACHMENT TO PETITION UNDER 28 U.S.C. § 2241

Name: William Cloninger

1. My medical conditions make me afraid that I will be badly affected if I get infected with COVID. My conditions are:

I have multiple conditions including asthma, possitive TB, but the one that concerns me the most is they have found Cirrhosis on my liver caused from Hep C. that is going un-treated. If left untreated it will take over my liver and kill me. Because of the Delta outbreak here in the prison they have put my treatment on the backburner. They are neglecting my medical needs and concerns and not responding to any correspondance or answering any of my questions. I am scared and concerned. I was sick with Covid about 3 weeks ago and have not felt the same since.

2. On April 1, 2020, the BOP went into lockdown. The lockdown affected phone calls, showers, food, friendships, classes, and mental and physical health. Here is what the last months have been like for me:

It has been a horrible experience. We have been treated like animals. In no way shape or form have they tried to contain the virus. They are not treating the people who test positive at all. They are giving absolutely nothing for the symptoms to help with pain or fever. My cellmate tested positive and I didnt. They sent him to the gym for 13 days without testing either of us until the day after he returned. then I tested positive and went to the gym. The gym was a breeding ground for COVID 19. Last I heard there was 44 people →

ATTACHMENT TO PETITION UNDER 28 U.S.C. § 2241

In the gym.
Some sick some not sick. There is one shower one toilet, one urinal, one sink for everyone. The drinking water comes from the shower or unsanitized sink in the bathroom. Peoples medical needs are being completely neglected. They are sending people back to units without testing. It is a complete mess here. As of this date 9-20-21 they came and only tested the unvaccinated people. So who knows whats next.

3. If I applied for compassionate release or release from custody, here is what happened:

I have put in a BP-8 to the warden with a 3 page letter attached over 2 weeks ago and have still not recieved a response. I have put in cop out after cop out complaining about being sick without one response. The cop out or request system here is unsatisfactory. There are no carbon copies or ways to prove that we put them in. I only recieved one back out of multiple concerning my Hep. C. and none concerning being sick.

I included here the one cop out I recieved back concerning my Hep. C. This is one out of least 8 since lockdown.

ATTACHMENT TO PETITION UNDER 28 U.S.C. § 2241

4. Here is how I have tried to get help from staff during the lockdown, and here is what happened:

As I explained on the previous page I have tried every avenue available to me without success. Ive wrote multiple copouts, A BP-8 to the doctor and another to the warden with a 3 page letter. Ive also stopped nurses that came to the un.t and deliver meds. Not once have I talk to a, doctor or a response from any one concerning anything except 1 cop out which I just recieved 9-20-21 and we have been on lockdown since late July early August.

The copout is enclosed with this petetion.

5. Here is what else I want to say:

I found out about the cirrosis on my liver about a month or two before we went on lockdown and the doctor seemed very concerned and told me he would recommend treatment within a couple weeks. That was 2 months ago at least, I dont know how long the cirrosis has been there or how bad it is and the stress alone is going to kill me. My health is poor especially since I caught the Corona virus and Im scared to death that if I catch it again with all my medical concers its going to kill me especially with the complete neglect and irresponsible way medical staff

ATTACHMENT TO PETITION UNDER 28 U.S.C. § 2241

are ignoring my medical needs and concerns and feel my life is on the line. I have Medical insurance through Apple care and amerigroup through the State of WA. that will pay for my treatment. I already have a doctor through providence liver and pancreas in Spokane WA. who is already familiar with my case as I was trying to take care of this before my arrest. Every day matters if cirroso take over and turns cankerous the treatment will not work and I will die. I am almost done with my sentence and was in RDAP and getting the year off with my date bieing 2-15-22. But since Corona hit everything is up in the air here and am afraid that if this release is not granted I will die in this prison. I have not been vaccinated because I have questions about how the vaccines will react with my Hep. C treatment, No one has been concerned enough to answer any of my questions and I am not convinced that the vaccine is what I need and my Hep. C. treatment seems more likley to kill me. I am sick all the time and desperately need this to be addressed.

Thank you

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Medical / Doctor | DATE: 9-2-21 |
|---|---|
| ~~TO:~~ FROM: William Clovinger | REGISTER NO..: 20169085 |
| WORK ASSIGNMENT: N/A | UNIT: FB-109 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary. Your failure to be specific may result in no action being
taken. If necessary, you will be interviewed in order to successfully respond to your
request.

I have wrote multiple cop-outs asking
about when I will get my Hep C. treatment.
You said I was on top of List. My release
date is 2-15-22 and I would like to have the
treatment and then get Vaccinated before
My release. I don't want a hold put on me.
I have not gotten any response and would please
like to hear back from Someone.

                                        Thank you

---

(Do not write below this line)

DISPOSITION:

THIS TREATMENT IS CURRENTLY PENDING APPROVAL FROM REGION.

| Signature Staff Member M. MORGAN, AHSA  MM | Date 9/13/2021 |
|---|---|

Record Copy - File; Copy - Inmate

F                         Prescribed by P5511

                    This form replaces BP-148.070 dated Oct 86
                    and BP-S148.070 APR 94

District of Oregon
Corresponds to AO Case 3:21-cv-01431-SB    Document 1    Filed 09/27/21    Page 15 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                    Page 3 of 10

## Decision or Action You Are Challenging

5.  Indicate what you are challenging in this petition:

    ❏ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

    ❏ Pretrial detention

    ❏ Immigration detention

    ❏ Detainer

    ❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

    ❏ Disciplinary proceedings

    ☑ Other *(explain)*:    I am challenging the fact of my confinement under the circumstances of the COVID
    pandemic and in particular the extended lockdown and the life-threatening conditions.
    I incorporate by reference and adopt the pleadings in Stirling v. Salazar, 3:20-cv-00712-SI

6.  Provide more information about the decision or action you are challenging:

    (a) Name and location of the agency or court:    The Warden at Sheridan is holding me in conditions that violate
    the Constitution under the Fifth and Eighth Amendment

    (b) Docket number, case number, or opinion number: _____

    (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:

    _____

    _____

    _____

    (d) Date of the decision or action: _____

## Your Earlier Challenges of the Decision or Action

7.  **First appeal**

    Did you appeal the decision, file a grievance, or seek an administrative remedy?

    ❏ Yes            ☑ No

    (a) If "Yes," provide:

        (1) Name of the authority, agency, or court: _____

        _____

        (2) Date of filing: _____

        (3) Docket number, case number, or opinion number: _____

        (4) Result: _____

        (5) Date of result: _____

        (6) Issues raised: _____

        _____

        _____

        _____

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 4 of 10

(b) If you answered "No," explain why you did not appeal:    I have asked for help as explained below but the

Warden has not ended the lockdown or ended the unsafe conditions at Sheridan.

8.    **Second appeal**

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

❏ Yes            ❏ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) If you answered "No," explain why you did not file a second appeal:

9.    **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

❏ Yes            ❏ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court:

    (2) Date of filing:

    (3) Docket number, case number, or opinion number:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

District of Oregon
Corresponds to AO 242 Case 3:21-cv-01431-SB    Document 1    Filed 09/27/21    Page 17 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                        Page 5 of 10

_____

(b)  If you answered "No," explain why you did not file a third appeal:

_____

10.    **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes            ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes            ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____

_____

(b)    Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A),
seeking permission to file a second or successive Section 2255 motion to challenge this conviction or
sentence?

☐ Yes            ☐ No

If "Yes," provide:

(1)  Name of court: _____

(2)  Case number: _____

(3)  Date of filing: _____

(4)  Result: _____

(5)  Date of result: _____

(6)  Issues raised: _____

_____

_____

_____
_____
_____
_____

(c)  Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your
     conviction or sentence: _____

_____
_____
_____
_____
_____

11.  **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes            ☑ No

If "Yes," provide:

(a)  Date you were taken into immigration custody: _____

(b)  Date of the removal or reinstatement order: _____

(c)  Did you file an appeal with the Board of Immigration Appeals?

     ☐ Yes            ☐ No

     If "Yes," provide:

     (1) Date of filing: _____
     (2) Case number: _____
     (3) Result: _____
     (4) Date of result: _____
     (5) Issues raised: _____

_____
_____
_____
_____
_____

(d)  Did you appeal the decision to the United States Court of Appeals?

     ☐ Yes            ☐ No

     If "Yes," provide:

     (1) Name of court: _____
     (2) Date of filing: _____
     (3) Case number: _____

District of Oregon
Corresponds to AO Case 3:21-cv-01431-SB    Document 1    Filed 09/27/21    Page 19 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                    Page 7 of 10

(4) Result: _____

(5) Date of result: _____

(6) Issues raised: _____

_____

_____

_____

_____

_____

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes          ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:   If I filed a compassionate release petition or a motion for pretrial

(b) Name of the authority, agency, or court:    release it is described below.

(c) Date of filing: _____

(d) Docket number, case number, or opinion number: _____

(e) Result: _____

(f) Date of result: _____

(g) Issues raised: _____

_____

_____

_____

_____

_____

_____

**Grounds for Your Challenge in This Petition**

13. State every ground that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** In Light Of The Warden's Decision To Use Severe Lockdown As The Alternative To De-Densifying Sheridan, No Conditions Of Confinement At FCI Sheridan Would Meet Eighth Amendment And Due Process Requirements And This Writ of Habeas Corpus Should Be Granted.

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                        Page 8 of 10

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I incorporate by reference all pleadings and the Petition and Attachments in Stirling v. Salazar, 3:20-cv-00712-SI.

See also the facts below about my medical issues and what the lockdown has been like for me.

(b) Did you present Ground One in all appeals that were available to you?

☑Yes            ☐No

**GROUND TWO:**

1. The Warden's Failure to Take Needed Steps to De-Densify The Prison and To Mitigate

Transmission of COVID-19 Constitutes Deliberate Indifference to My Health In Violation

Of Due Process And The Eighth Amendment

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I incorporate by reference all pleadings and the Petition and Attachments in Stirling v. Salazar, 3:20-cv-00712-SI.

See also my attachment

(b) Did you present Ground Two in all appeals that were available to you?

☑Yes            ☐No

**GROUND THREE:**

2. The Warden's Continuing Extension Of The 14-Day Lockdown To Now Over 80 Days

Violates Due Process And The Eighth Amendment.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

I incorporate by reference all pleadings and the Petition and Attachments in Stirling v. Salazar, 3:20-cv-00712-SI.

See also my attachment.

(b) Did you present Ground Three in all appeals that were available to you?

☑Yes            ☐No

District of Oregon
Corresponds to AO Case 3:21-cv-01431-SB    Document 1    Filed 09/27/21    Page 21 of 22
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)

Page 9 of 10

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?

☑ Yes          ' No

14.  If there are any grounds that you did not present in all appeals that were available to you, explain why you did

not:    No appeals were available to me because we are locked down and the staff does not listen

to my concerns or says they can't help me.

**Request for Relief**

15.  State what you want the Court to do:

Request For Injunctive Relief : 1) Prohibit the Warden from moving me from here until it is safe, and 2)

prohibit the Warden from bringing more people in here unless it is safe; and 3) release me because there are too

many people here for it to be safe, or enlarge the area for service of my sentence to include community custody and

order the warden to transfer me to that custody.

District of Oregon
Corresponds to AO 242
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241
(Rev. 1/20)                                                                                    Page 10 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:*

9 - 22 - 21

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date:    9 - 22 - 21

_____
*Signature of Petitioner*


_____
*Signature of Attorney or other authorized person, if any*


\* As noted in the instructions to this form (at #6), if you are incarcerated at Snake River Correctional Institution (SRCI) or Two Rivers Correctional Institution (TRCI), you must comply with the requirements of the E-Filing Program posted at the institution and set forth in Standing Order 2019-7 (for SRCI) or 2019-12 (for TRCI). Accordingly, you must submit your filings in this case to prison staff for scanning and electronic submission, instead of mailing the filing using the U.S. Postal Service. Please indicate the date you submitted this petition to prison staff for scanning and electronic submission.