IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WILLIAM R. CLONINGER, | Case No. 3:21-cv-01431-SB |
| Petitioner, | **ORDER** |
| v. | |
| DEWAYNE HENDRIX, | |
| Respondent. | |

**SIMON, U.S. District Judge.**

Petitioner, an individual in custody at FCI Sheridan, brings this habeas corpus proceeding pursuant to 28 U.S.C. § 2241. On October 7, 2021, the Court ordered Petitioner to pay the $5.00 filing fee or to submit an application to proceed *in forma pauperis* within thirty days (ECF No. 3). The Court advised Petitioner that failure to do so within the specified time would result in the dismissal of this action.

Petitioner did not pay the filing fee or submit an application to proceed *in forma pauperis*. Accordingly, the Court DISMISSES this action, without prejudice.

**IT IS SO ORDERED.**

DATED this __16th__ day of November, 2021.

MICHAEL H. SIMON
United States District Judge

PAGE 1 – ORDER